**FILED**

04/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0470

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0470

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                              O R D E R

TRACY REXFORD,

Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the opening brief of Appellant Tracy Rexford filed electronically on April 7, 2021, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 12(1)(f) requires the argument portion of a brief to be preceded by a summary of the argument. The summary should appear under an appropriate heading and contain a succinct, clear, and accurate statement of the arguments made in the body of the brief. The summary should not merely repeat the argument headings.

M. R. App. P. 12(1)(i) requires an appendix to include its own table of contents. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court this brief containing the revisions necessary to comply with the specified Rules and that the Appellants shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the resubmitted brief and appendix.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
April 7 2021